UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOSEPH J. PEZZULLO, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. NO.: |
| | : |
| FLAGSTAR BANK, FSB, | : |
| | : |
| Defendant. | : |

## DEFENDANT FLAGSTAR BANK, FSB'S RULE 7.1
## CORPORATE DISCLOSURE STATEMENT

COMES NOW Defendant Flagstar Bank, FSB ("Defendant") and, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, files this Disclosure Statement.

Defendant Flagstar Bank, FSB is a federal savings association pursuant to federal law, and is a wholly owned subsidiary of Flagstar Bancorp, Inc. Flagstar Bancorp, Inc., is a publicly traded bank holding company. Flagstar reserves the right to amend or supplement this certificate as necessary.

AM 66241523.1

- 2 -

Respectfully submitted,

DEFENDANT,
Ditech Financial LLC

By its Attorneys,

LOCKE LORD LLP


/s/ Joseph A. Farside, Jr.
Joseph A. Farside, Jr. (#7559)
Krystle G. Tadesse (#7944)
2800 Financial Plaza
Providence, RI 02903-2499
401.274.9200 (tel)
401.276.6611 (fax)
joseph.farside@lockelord.com
krystle.tadesse@lockelord.com


**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 5th day of May 2017, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be mailed to those indicated as non-registered participants.

/s/ Joseph A. Farside, Jr.